ANTHONY JEROME COOPER,

      Petitioner,

v.

GOVERNOR RICK SCOTT, et al.,

      Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1919

Opinion filed January 9, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Anthony Jerome Cooper, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tammy Sherrell Metcalf, Assistant Attorney General and Jennifer Parker, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

BENTON, CLARK, and ROWE, JJ., CONCUR.